# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1418

_____

JAMES CALEMESE NELSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 15, 2020

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Calemese Nelson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.